IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ASHCRAFT & ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 04-3236-CV-S-DW |
| v. | ) |
| PANGEA, INC. and INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) |
| Defendants. | ) |

## ORDER

Pursuant to the stipulation of dismissal with prejudice (Doc. 25) filed by the parties, and upon the request of the parties, the Court hereby dismisses this action with prejudice, each party to bear its own costs and attorney fees.

SO ORDERED.

/S/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: August 7, 2006